**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**ALAN JACKSON SCHMIDT**                                                      **PLAINTIFF**

**VERSUS**                                     **CIVIL ACTION NO. 3:25-cv-909-CWR-ASH**

**RANKIN COUNTY, MISSISSIPPI,
CHRISTIAN DEDMON, HUNTER ELWARD
DANIEL OPDYKE, BRETT MCALPIN
and JOHN DOES 1-7**                                                    **DEFENDANTS**

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S RESPONSE TO [4] DEFENDANT'S
MOTION TO DISMISS OFFICIAL CAPACITY CLAIMS AND PUNITIVE DAMAGES
CLAIMS**

**COMES NOW** the Plaintiff by and through undersigned counsel and files this Response

to the Defendant Rankin County's Motion to Dismiss as follows:

Plaintiff confesses that the current state of the law is that officials cannot be sued in their official

capacities because those lawsuits seek to impose liability on the entity that the public servant

represents. ***Shaffer v. Mississippi Highway Safety Patrol***, et al, 4:11-cv-111-CWR-LRA, Doc.

[16] at p.2; ***Will v. Mich, Dept., of State Police***, 491 U.S. 58. 71 (1979).

Plaintiff also confesses that it is the current state of the law that municipalities are not

liable for punitive damages. ***Moore v. LaSalle Management Co.***, 41 F.4th 493, 512 (5th Cir.

2022).

They Plaintiff would also state that there is evidence that both of these positions are

inconsistent with the original intent and the original text of 42 U.S.C. §1983, the Ku Klux Klan

Act. ***Green v. Thomas and the City of Jackson***, 3:23-cv-126-CWR-ASH, doc.[34] at p.11; May

25, 2024.

This Court stated in its Order Denying the Defendant's Motion to Dismiss in ***Green,***

*Supra,* that "The Ku Klux Klan Act (42 U.S.C. §1983) created a species of tort liabilities that on

its face admits no immunities." Citing ***Wyatt v, Cole***, 504 U.S. 158,163 (1992). This Court also pointed out in ***Green*** that there is some body of research that suggests that when Congress enacted §1983, it "adopted explicit text that displaced common law defenses, making clear that such a claim would be viable notwithstanding any such law, statute, ordinance, regulation, custom, or usage of the State to the contrary. ***Green***, at pp. 47-48, quoting Alexander Reinert, *Qualified Immunity's Flawed Foundation*, 111 Calif.L.Rev. 201, 207 (2023)(quoting An Act to Enforce the Provisions of the Fourteenth Amendment to the Constitution of the United States and for Other Purposes, 17 Stat.13 (1871).

IF that Evidence is borne out, and the unavailability of punitive damages as well as the inability to sue individuals in their official capacities is based upon the United States Supreme Court's understanding of historical common law immunities, such immunities would have been disclaimed by an original reading of the text of §1983.

## CONCLUSION

The plaintiff admits that the current state of the law is that individual defendants are not liable in their official capacities. The plaintiff also admits that the current state of the law is that punitive damages are not available against municipalities. However, there is some body of evidence that such municipal immunity is inconsistent with the express intent of the Ku Klux Klan Act.

**RESPECTFULLY SUBMITTED, THIS THE 2ND DAY OF MARCH 2026.**

**ALAN SCHMIDT, PLAINTIFF**

**By:    /s/ TRENT L. WALKER**
          **Trent L. Walker, (MSB# 10475)**

**TRENT WALKER, COUNSELOR AT LAW, PLLC**
**5255 KEELE STREET, SUITE A**
**SCHMIDT, MISSISSIPPI 39206**
**PHONE 601-321-9540**
**FACSIMILE 601-398-3918**
Trent@Trentwalkerlaw.com

**Attorney for Plaintiff**
**ERICA MCKINLEY, ESQ.**
**ERICA MCKINLEY, PLLC**
**3343 Old Canton Rd**
**Jackson, MS 39216**
**212-602-1748**
**Email: emckinley@ericamckinley.com**
**Attorney for the Plaintiff**

## CERTIFICATE OF SERVICE

**I, Trent Walker, Attorney for the Plaintiff, do certify that I have this day served the foregoing document via Email and the CM/ECF filing system on the following counsel of record:**

**Jason E Dare**
**DARE LAW FIRM, LLC**
**P.O. Box 7**
**Brandon, MS 39043-0007**
**601-210-2963**
**Fax: 601-210-2963**
**Email: jason@dare-law.com**

**RESPECTFULLY SUBMITTED, THIS THE 2ND DAY OF MARCH 2026.**

**ALAN SCHMIDT, PLAINTIFF**

**By:        /s/ TRENT L. WALKER**
**Trent L. Walker, (MSB# 10475)**